NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
James B. Hardin, Bar No. 205071
jhardin@trialnewport.com
Ryan M. Ferrell, Bar No. 258037
rferrell@trialnewport.com
895 Dove Street, Suite 425
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE PACHECO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>USPLabs, LLC; and DOES 1-25, Inclusive,<br><br>Defendants. | Case No.: 5:11-cv-02015-VAP-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. § 41(a)** |

///

///

///

- 1 -
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)

1     NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure § 41(a), Plaintiff voluntarily dismisses the entire action without prejudice as to all parties to enable the plaintiff to pursue the class claims in California Superior Court as part of a consolidated class action complaint against USPLabs, LLC.

Dated: January 18, 2012

NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell


By:   */s/ Scott J. Ferrell*
      Scott J. Ferrell

Attorney for Plaintiff and the Class